**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANET GUZMAN, *et al*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-02290-JMG |
| | : | |
| TELFAIR, INC., *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 10ᵗʰ day of March, 2026, upon consideration of Plaintiffs' Complaint (ECF No. 1),  Defendants' Motion to Dismiss and to Strike Portions of Plaintiffs' Complaint (ECF No. 13), and Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss and to Strike Portions of Plaintiffs' Complaint (ECF No. 18), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1.      Defendants' Motion (ECF No. 13) is **GRANTED IN PART** and **DENIED IN PART**;

2.      Plaintiffs' claims for defamation and conversion are **DISMISSED WITH PREJUDICE**;

3.      Plaintiffs' claim for punitive damages is **DISMISSED WITHOUT PREJUDICE**;

4.      If Plaintiffs wish to file an Amended Complaint, they must do so on or before **Friday, March 23, 2026,** as to the claim dismissed without prejudice.

BY THE COURT:

*/s/ John M. Gallagher*_____
JOHN M. GALLAGHER
United States District Court Judge